UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| DEBRA A. RHODES, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | 05-00551-CV-W-HFS |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) | |

X  Decision by Court. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

judgment is entered in favor of plaintiff and against defendant.

January 11, 2007                                    PATRICIA L. BRUNE
                                                    CLERK OF COURT


                                                    /s/ Julie Moritz
                                                    by Julie Moritz